IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 25-22-Erie |
| LAV ADAMOV | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Christian A. Trabold, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant LAV ADAMOV, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), 2252(a)(4)(B) and 2252(b)(2).

Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: /s/ Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

FILED
JUL 22 2025
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA